**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-2160**

---

JUSTIN JEFFREY SAADEIN-MORALES,

Debtor - Appellant,

v.

WESTRIDGE SWIM & RACQUET CLUB, INC., A Community Association,

Creditor - Appellee.

---

**No. 25-1229**

---

JUSTIN JEFFREY SAADEIN-MORALES,

Debtor - Appellant,

v.

WESTRIDGE SWIM & RACQUET CLUB, INC., A Community Association,

Creditor - Appellee.

---

Appeals from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (1:24-cv-01442-LMB-IDD)

---

Submitted:  September 24, 2025                    Decided:  September 29, 2025

Before WILKINSON, AGEE and QUATTLEBAUM, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Justin Jeffrey Saadein-Morales, Appellant Pro Se.  Thomas Charles Junker, MERCERTRIGIANI, Alexandria, Virginia; Richard A. Lash, BUONASSISSI, HENNING & LASH, PC, Reston, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated cases, Justin Jeffrey Saadein-Morales seeks to appeal the district court's orders: (1) denying his emergency motion to continue the automatic stay in bankruptcy during the pendency of his appeal and to enjoin state court proceedings (No. 24-2160); and (2) affirming the bankruptcy court's conclusion that the automatic stay had terminated by operation of law (No. 25-1229). In this court, Saadein-Morales has filed an emergency motion to enjoin the distribution of proceeds from a state court judicial sale, Appellee has moved to dismiss appeal No. 24-2160, and the parties have filed numerous other motions seeking to clarify the issues or identify alleged errors.

On August 26, 2024, the bankruptcy court dismissed the underlying bankruptcy case. Saadein-Morales has not appealed from the dismissal order, which has now become a final order. Due to the dismissal of the underlying bankruptcy case, this court "is without the power to afford effective relief." *See Cent. States, Se. & Sw. Areas Pension Fund v. Cent. Transp., Inc.*, 841 F.2d 92, 96 (4th Cir. 1988); *see In re Pruett*, 133 F.3d 275, 278 (4th Cir. 1997) ("An appeal should be dismissed as moot when, by virtue of an intervening event, a court of appeals cannot grant any effectual relief whatever in favor of the appellant." (citation modified)). Accordingly, we grant Appellee's motion to dismiss, deny Saadein-Morales' emergency motion to enjoin the distribution of sale proceeds, deny all other pending motions, and dismiss both appeals as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

3